IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. _____ |
| v. ) ) | COMPLAINT |
| LUCENT TECHNOLOGIES, INC., ) ) | JURY TRIAL DEMANDED |
| Defendant. ) | |

### NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Thomas Cross. The Commission alleges that in October 2002 Lucent Technologies Incorporated discharged Thomas Cross, then age 55, from his job as an installation estimator because of his age.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. Venue is proper in the United States District Court for the Eastern District of Missouri because the employment practices alleged to be unlawful were committed within the United States District Court for the Eastern District of Missouri.

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and

enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant, Lucent Technologies, Inc., has continuously been a Delaware corporation doing business in the State of Missouri and the City of Chesterfield, Missouri, and has continuously had at least 20 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. § 630(b), (g) and (h).

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## STATEMENT OF CLAIMS

7. On or about October 31, 2002, Defendant engaged in unlawful employment practices at its Chesterfield, Missouri facility, in violation of Section 4(a)(1) of the ADEA, 29 U.S.C. § 623(a)(1), by discharging Thomas Cross because of his age, 55. Defendant retained younger employees with lower ratings.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Thomas Cross of equal employment opportunities and otherwise adversely affect his status as an employee because of his age.

9. The unlawful employment practices complained of in paragraph 7 above were

2

willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining Defendant, its officers, successors, assigns and all persons in active concert or participation with it, from discharging employees because of their age and engaging any other employment practice that discriminates on the basis of age against individuals 40 years and older.

B.   Order Defendant to institute and carry out policies, practices and programs that provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past unlawful employment practices.

C.   Grant a judgment requiring Defendant to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Thomas Cross, whose wages are being unlawfully withheld as a result of the acts complained of above.

D.   Order Defendant to make whole Thomas Cross, who was adversely affected by the unlawful practices described above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to reinstatement.

E.   Grant such further relief as the Court deems necessary and proper in the public interest.

F.   Award the Commission the costs of this action.

JURY TRIAL DEMANDED

The Commission requests a jury trial on all questions of fact raised by its complaint.

                                            Respectfully submitted,

JAMES L. LEE
Deputy General Counsel

Gwendolyn Y. Reams
Associate General Counsel

/s/ Robert G. Johnson
Regional Attorney

/s/ Barbara Seely
Supervisory Trial Attorney

Anne E. Gusewelle
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Kansas City Area Office
Gateway Tower II
4th & State Ave., 9th Flr.
Kansas City, KS 66101
(913) 551-5541 (tel.)
(913) 551- 6957 (fax)